# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2561

_____

United States of America,                      *
                                               *
                    Appellee,                  *
                                               *    Appeal from the United States
          v.                                   *    District Court for the Eastern
                                               *    District of Missouri.
Kenneth Redd,                                  *
                                               *    [UNPUBLISHED]
                    Appellant.                 *

_____

Submitted:   November 24, 2009
    Filed:   December 4, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

       Kenneth Redd appeals the district court's[1] denial of his Federal Rule of Criminal Procedure 33 motion for a new trial based on newly discovered evidence. We find that the district court did not abuse its discretion in denying Redd's motion, as the evidence that Redd submitted was available before his trial, and was not relevant to the issues in his suppression motion or his trial. See United States v. Grover, 511 F.3d 779, 783 (8th Cir. 2007) (standard of review; requirements to justify new trial under Rule 33).

_____

       [1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

Accordingly, the judgment is affirmed.  We also grant counsel's motion to withdraw and deny Redd's motion for appointment of new counsel.

_____